RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE  12 / 16 / 11
BY _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA  DIVISION

DONALD R. WILSON, SR.                DOCKET NO. 11-CV-1532; SEC. P
A.K.A. DON R. WILSON

VERSUS                               JUDGE JAMES T. TRIMBLE, JR.

UNITED STATES OF AMERICA              MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons stated in the original and supplemental Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Petitioner's §2241 petition be DISMISSED.

THUS DONE AND SIGNED at _Alexandria_, Louisiana, on this _16th_ day of _December_, 2011.


_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE